FILED'11 JUN 20 11:42usdc-orm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MAURICE MONTGOMERY,

Case No. 1:10-cv-03076-CL

     Plaintiff,

   v.

CALIFORNIA WORKERS'        **ORDER**
COMPENSATION APPEALS BOARD,
et al.,

     Defendants.

---

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  Although no
objections have been filed, this court reviews legal principles *de
novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206
(9th Cir. 1983).

I agree with Magistrate Judge Clarke that plaintiff has not
shown there is personal jurisdiction over defendants; plaintiff
cannot state a claim against the State Compensation Insurance
Fund; and the Eleventh Amendment bars plaintiff's claims against

1 - ORDER

the California Workers' Compensation Appeals Board.  Accordingly,
I ADOPT the Report and Recommendation.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#34) is
adopted.  Defendants' motions to dismiss (##9, 11) are granted.

IT IS SO ORDERED.

DATED this _20_ day of June, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER